IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN DAVIS, | 1:08-cv-01074-AWI DLB (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO MOTION TO DISMISS |
| vs. | |
| A. HEDGPETH, | |
| | (DOCUMENT #14) |
| Respondent. | |
| _____/ | THIRTY DAY DEADLINE (30) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On November 10, 2008, petitioner filed a motion to extend time to file objection to motion to dismiss.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objection to motion to dismiss..

IT IS SO ORDERED.

Dated:   **November 17, 2008**           **/s/ Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE